KYLE R. KNAPP, Bar #166597
Attorney at Law
1120 D Street, Suite 100
Sacramento, California  95814
Telephone: (916) 441-4717
FAX: 916-441-4299


Attorney for Petitioner/Defendant
EDWIN HALL


# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN M. HALL, | CIV S-08-2910 FCD EFB |
| Petitioner, | STIPULATION TO CONTINUE MOTION HEARING and ORDER |
| v. | Date:  June 10, 2009 |
| | Time:  10am |
| JAMES A. YATES, Warden, | Courtroom: 25 |
| | Judge: The Honorable Edmund F. Brennan |
| Respondent. | |

It is hereby stipulated between EDWIN M. HALL, by and through his counsel, KYLE KNAPP, and Respondent, James A. Yates, by his counsel, STEPHEN HERNDON, that the hearing on respondent's Motion to Dismiss currently set for June 10, 2009, 10 am be continued to July 8, 2009, 10am.  The stipulation is entered into because petitioner requires additional time to properly respond to the motion.

Dated: June 5, 2009

s/ Kyle R. Knapp
Counsel for Edwin Hall
Email: kyleknapp@sbcglobal.net

s/ Stephen G. Herndon
Assistant U.S. Attorney
Email:Stephen.Herndon@doj.ca.gov

////

////

1   Good cause appearing, hearing on respondent's motion to dismiss is hereby CONTINUED
2   to July 8, 2009 at 10:00 a.m.
3   DATED: June 8, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE