KYLE R. KNAPP, attorney at law  SBN: 166597
1120 D Street, Suite100
Sacramento, CA   95814
(916) 441-4299
facsimile (916) 441-4299
email: kyleknapp@sbcglobal.net

Attorney for: Edwin M. Hall, Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN M. HALL,<br><br>Petitioner<br>          v.<br><br>JAMES A. YATES, Warden,<br><br>Respondent | Case Number: CIV S-08-2910 FCD EFB P<br><br>STIPULATION TO CONTINUE MOTION HEARING<br><br>DATE: July 8, 2009<br>TIME: 10:00 a.m.<br>DEPT:  25<br>JUDGE:  The Honorable Edmund F.<br>              Brennan |

   It is hereby stipulated between EDWIN M. HALL, by and through his counsel, KYLE KNAPP, and Respondent, James A. Yates, by his counsel, STEPHEN HERNDON, that the hearing on Respondent's Motion to Dismiss currently set for July 8, 2009, 10 a.m., be continued to August 19, 2009, at 10 a.m.  This stipulation is entered into because petitioner requires additional time to properly respond to the motion.

Dated June 30, 2009                              s/Kyle R. Knapp
                                                 Counsel for Edwin Hall
                                                 email: kyleknapp@sbcglobal.net

                                                 s/Stephen G. Herndon
                                                 Assistant U.S. Attorney
                                                 email: Stephen.Herndon@doj.ca.gov

Hearing on the motion is continued to August 19, 2009, at 10 a.m. in Courtroom No. 25

So Ordered.

Dated: July 6, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE